Form To Be Used By Prisoners In Filing A Complaint
Under The Civil Rights Act, 42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

FEB 12  2 41 PM '03

Ricky Moses
_____

(Enter above the full name of the Plaintiff or
Plaintiffs in this action)

vs.   Civil Action No. 2:03-cv-42

Richard Rideout, P&P Officer
William M. Jenkins, State police officer
_____

(Enter above the full name of the Defendant or
Defendants in this action)

I.   PREVIOUS LAWSUITS

   A. Have you begun other lawsuits in state or federal court dealing with the same facts
      involved in this action or otherwise relating to your imprisonment?
      Yes ( )   No (X)

   B. If your answer to A is Yes, describe each lawsuit in the space below. (If there is
      more than one lawsuit, describe the additional lawsuits on another piece of paper,
      using the same outline).

      1. Parties to this previous lawsuit:

         Plaintiffs: N/A

         Defendants: N/A

(Rev. 10/94)

1

2. Court (if federal court, name the district; if state court, name the county): N/A

3. Docket Number: N/A

4. Name of Judge to whom case was assigned: N/A

5. Disposition (For Example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

II. **CONFINEMENT**

A. Present Place of Confinement: N.E.R.C.F. 1270 US RT. 5 ST. Johnsbury Vermont 05819

B. Is there a prisoner grievance procedure in this institution?
Yes (X)   No ( )

C. Did you present the facts relating to your complaint in the state prisoner grievance procedure? Yes ( )   No (X)

D. If your answer is Yes:

1. What steps did you take? N/A

2. What was the result? N/A

E. If your answer is No, explain why not: This incident happened in A my house, Not in Jail/prison, when I got Arrested

III. **PARTIES**

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of Plaintiff: Ricky Moses
Address: N.E.R.C.F. 1270 US Rt. 5 ST. Johnsbury VT. 05819

2

(In item B below, place the full name of the defendant the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the names, position, and places of employment of any additional defendants).

B. Defendant: __Richard Rideout__ is employed as __A probation officer in Orange Co. VT.__ at __Probation and Parole Dept. Chelsea VT. 05038__

ph. # → 685-3237

C. Additional Defendants: __William M. Jenkins__ is employed as __A State Trooper in Windsor Co. VT.__ at __State Police Barracks Bethel VT. 05032__

ph. # → 234-9933

IV. STATEMENT OF CLAIM

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheet if necessary).

On Dec. 18th 2002 the 2 defendants came in a residence I was visiting, on Faye Brook Rd. Strafford, Orange Co. VT. They entered without a search warrant and thought I was inside a bedroom. They entered the bedroom that I was in and used excessive force maliciously and sadistically causing my left elbow to break and bit a hole in my ear violating 8th, 5th, 14th etc. constitutional rights.

V. RELIEF

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the court to decide in my favor and grant me relief in the form of damages being $1,000,000 (+) for breaking my left elbow, and biting a hole in my right ear. I want the court to grant me compensation for physical pain, punitive damages, mental anguish, exemplary damages, and pain and suffering.

VI.  SIGNATURE (original signature must be on filed complaint)

Signed this 30 day of JANUARY, 2003.

_Ricky moes_
_____
_____
(Signature of Plaintiff or Plaintiffs)

I/We declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1-30-2003

Signed: _Ricky moes_
_____
_____

4